## JOE BARNARD v. UNITED STATES.

No. A-275.    Opinion Filed January 9, 1911.

**APPEAL—Abandonment—Application for Pardon.** Where an appeal in a criminal case is pending in this court and the appellant applies to the Governor of the state for a pardon, commutation, or parole, such action on the part of appellant amounts to an abandonment of the appeal and the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from District Court, Marshall County; D. A. Richardson, Judge.*

Appellant was convicted of assault with intent to commit rape and sentenced to three years' imprisonment in the penitentiary, and he appeals. Appeal dismissed.

PER CURIAM. It has been made known to this court that the appellant in this case has applied to the Governor of the state of Oklahoma for a pardon, commutation, or parole. Such action on his part amounts to an abandonment of the appeal. See *Butler v. State (ante)*, decided at the present term.

The appeal is therefore dismissed.

Judge Richardson presided at the trial of this case in the court below, and took no part in the consideration or disposition of the case in this court.